**STATE of Missouri, Respondent,**

v.

**Donald G. THORBES, Appellant.**

**No. WD 71469.**

Missouri Court of Appeals,
Western District.

Feb. 22, 2011.

Frederick J. Ernst, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Richard Starnes, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, ALOK AHUJA and GARY D. WITT, Judges.

## ORDER

PER CURIAM.

Donald Thorbes appeals his conviction for second-degree robbery after a trial by jury. He contends the circuit court erred in overruling his *Batson* challenge. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).